(December 4, 1970)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN GREEN, Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadows Correctional Institution, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.